UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 340,

    Petitioner,

In the Matter of the

SACRAMENTO VALLEY ELECTRICAL WORKERS PENSION TRUST,
_____/

NO. CIV. S-08-0583 FCD EFB

ORDER

----oo0oo----

Upon consideration of petitioner's motion to appoint successor trustees, the memorandum of points and authorities in support thereof, and the declarations of Mark H. Lipton and Lowell B. Wadsworth, and in the absence of any objection, the Court appoints Jack Baker, Fran McDermott, and Kevin Gini as Employer Trustees ad Litem pursuant to Section 3.5 of the restated Pension Trust Agreement of the Sacramento Valley Electrical Workers upon petition of the Union, International

1

Brotherhood of Electrical Workers Local No. 340.  As Employer Trustees ad Litem, Jack Baker, Fran McDermott, and Kevin Gini shall serve for the purpose of obtaining and disbursing all Demutualization Compensation to which the Trust or Board of Trustees may be entitled resulting from the demutualization of Prudential Insurance Company of America, including but not limited to the Unclaimed Property due from the California State Controller.

IT IS SO ORDERED.

DATED: April 25, 2008

FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE